IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PARVIN DARABZADEH, § § | |
| Plaintiff, § § | |
| v. § § | CIVIL ACTION NO. 4:16-cv-03728 |
| § § | JURY DEMANDED |
| COSTCO WHOLESALE CORPORATION § § and MATTHEW BENNETT, § § | |
| Defendants. § | |

## ORDER OF DISMISSAL

BE IT REMEMBERED THAT ON this day came on for consideration in the above-referenced matter the joint motion of the Plaintiff and Defendants seeking an order dismissing, with prejudice, all claims which were brought by Plaintiff PARVIN DARABZADEH ("Plaintiff") against Defendants COSTCO WHOLESALE CORPORATION and MATTHEW BENNETT ("Defendants"). The Court, having considered the motion and having reviewed the pleadings on file, is of the opinion that said motion is well taken and should, in all respects, be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, that all claims which have or could have been brought by Plaintiff against Defendants be, and hereby are, DISMISSED WITH PREJUDICE to the rights of the Plaintiff to refile the same in whole or in part.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that all costs of Court incurred herein are taxed against the party incurring same.

SIGNED this 19 day of June, 2018.

*[signature]*
JUDGE PRESIDING

**AGREED AS TO FORM:**

THE GIBSON LAW FIRM

By: /s/ Casey L. Jordan
Jason A. Gibson
State Bar No. 24000606
jag@jag-lawfirm.com
Cassy L. Jordan
State Bar No. 24090599
cjordan@jag-lawfirm.com

The Lyric Centre
440 Louisiana, Suite 2300
Houston, TX 77002
Telephone: 713.650.1010
Facsimile: 713.650.1011

**ATTORNEYS FOR PLAINTIFF**

—AND—

KANE RUSSELL COLEMAN LOGAN PC

By: /s/ Kenneth C. Riney
Michael A. Logan
State Bar No. 12497500
mlogan@krcl.com
Kenneth C. Riney
State Bar No. 24046721
kriney@krcl.com

1601 Elm Street, Suite 3700
Dallas, Texas 75201
Telephone: 214.777.4200
Facsimile: 214.777.4299

**ATTORNEYS FOR DEFENDANTS**